IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 13-cv-5747

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __James C. Rubinger__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Virginia | 10/15/1980 | 20317 |
| New York | 05/15/1982 | 1816339 |
| District of Columbia | 09/10/1984 | 383383 |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| E.D. Va. | 10/10/1988 | |
| D.D.C. | 02/15/1985 | |
| S.D.N.Y. | 05/16/1982 | |

C.  *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for  Plaintiff

(Applicant's Signature)

12/13/17
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Plave Koch PLC

12005 Sunrise Valley Drive, Suite 200

Reston, VA 20191   703-774-1208

Sworn and subscribed before me this

17th Day of DECEMBER 200 13

*Susan Ann Washer*

Notary Public

> Susan Ann Washer
> NOTARY PUBLIC
> Commonwealth of Virginia
> Reg. # 7541053
> My Commission Expires Jan. 31, 2017

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

   The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____James C. Rubinger____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| William B. Jameson | _[signature]_ | 1/28/92 | 58949 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

AAMCO Transmissions, Inc.

Address: 201 Gibralter Road, Horsham, PA 19044

Phone: 610-668-2900

Sworn and subscribed before me this

__20__ Day of __DEC.__, 200__3__

_[signature]_ Kenneth W. Jeffrey
Notary Public

NOTARIAL SEAL
KENNETH W JEFFREY
Notary Public
WARRINGTON TWP, BUCKS COUNTY
My Commission Expires Jan 9, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO Transmissions, Inc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Robert V. Romano and | : | |
| Linda Romano | : | NO.   13-cv-5747 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____James C. Rubinger_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

_____Robert Romano & Linda Romano_____
_____2801 S.E. Monroe St._____
_____Stuart, FL 34997_____

_____[signature]_____
Signature of Attorney

_____William B. Jameson_____
Name of Attorney

_____AAMCO Transmissions, Inc._____
Name of Moving Party

_____12/20/13_____
Date

APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO Transmissions, Inc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Robert V. Romano and | : | NO.  13-cv-5747 |
| Linda Romano | : | |

### ORDER

AND NOW, this _____ Day of _____, 2013 , it is hereby

ORDERED that the application of <u>James C. Rubinger</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.