

APPENDIX X  9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

JAN 16 2014

By _____ Dep. Clerk
Anita B. Brody, Judge

AAMCO Transmissions, Inc.                 :        CIVIL ACTION
                                          :
         v.                               :
                                          :
Robert V. Romano and                      :
Linda Romano                              :        NO.   13-cv-5747

ORDER

AND NOW, this _15th_ Day of _January_ , 201_4_ , it is hereby

ORDERED that the application of _James C. Rubinger_____ , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

    ☑  GRANTED.

    ☐  DENIED.

_Anita B Brody_
Anita B. Brody,  J.

Copies via ECF on 1/16/14        Copies via US Mail 1/16/14
                                 Linda Romano, Pro Se
                                 Robert V. Romano, Pro Se
                                 2801 SE Monroe St
                                 Stuart, FL 34997