## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-5747 |
| v. | : | |
| | : | |
| ROMANO et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this __16th___ day of January, 2014, the Clerk of Courts is **ORDERED** to grant Defendants Robert Romano and Linda Romano access to the Court's Electronic Court Filing System.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:              Copies **MAILED** on _____ to: