IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC. : | |
| : | |
| Plaintiff, : | |
| v. : | No.  13-cv-5747 |
| ROBERT V. ROMANO : | |
| : | |
| and : | |
| : | |
| LINDA ROMANO : | |
| : | |
| Defendants. : | |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2014, upon consideration of the Defendants' Motions to Dismiss, and Plaintiff's response in opposition thereto, it is hereby ORDERED and DECREED that the said Motions are denied.

_____
                                                                                                J.