Case No.: 2: 13-cv-05747-AB

AAMCO TRANSMISSIONS v. ROMANO

---

Attachment 1   -   This is the Webinar that was presented to the Cottman Transmission Franchisees' at the time the merger took place. It outlines the Benefits and Incentives given to the Cottman Franchisees'.



**Combined Company Overview**

- AAMCO Transmissions
- Horsham, PA
- Todd Leff, President & CEO
- Combined leadership team
- 1100+ centers with systemwide sales of $600 million



**Our Combined Strength**

Market Leadership

- One of the largest automotive repair services companies

| Company | # of Locations |
|---|---|
| Midas | 1,834 |
| AAMCO | 1,100 |
| Sears Automotive Centers | 855 |
| Meineke Car Care Center | 844 |
| Monro Muffler Brake & Services | 613 |









2



### Our Combined Strength
**Focus on Franchisee Profitability**

- Refine expansion to highest profit/lowest competition terms
  - Leverage well known brand name
  - Expand into $200 billion aftermarket
- Expand recruitment resources, field training and center opening support team
- Continue field based operations, visits and training
- Increase enterprise value of franchisee business





### Our Combined Strength
**The Power of Combined Advertising**

- Migrate all Cottman centers to AAMCO brand over next three years
- Leverage combined scale to create advertising efficiencies
- Opportunity to introduce broadcast in key markets
- Promotions-based marketing
- Opportunity for advertising costs to decrease

3





### How You Benefit
**Immediate Impact from Conversion**

- Participate in AAMCO's National Fleet Program with no 1% National Account Fee
- Ability to increase ARO – AAMCO Centers average $200 higher on majors
- Access to AAMCO's industry recognized Technical Department
- Participate in AAMCO's national buying discount programs



### Timeline
**Market Integration**

| | |
|---|---|
| Market meetings in top 20 DMAs | Immediate |
| Develop Market plans | Next 60 days |
| Rollout Conversion package | 60 days |
| Publish strategic plan for franchisees | 60 days |



4



## Our Combined Strength
### How We Get There

- Leverage best practices and relationships

- Combined resources for greater franchisee support services

- Use technology to improve communication and business analysis





### How You Benefit

- Brand name with 90% awareness
- Financial assistance for relocations and re-branding
- Reduced service fee to 7% for those converting in the first year

- Ability to join local ad pool and control portion of advertising
- Advertising benefits of market concentration

- Franchise resale value increases





6





Deal Creates Nationwide First Stop for
Transmission and Complete Car Care Services

HORSHAM, Pa., March 8 /PRNewswire/ -- Cottman Transmission today announced its combination with AAMCO Transmissions, forming one of the country's largest complete car care companies, with more than 1,100 locations throughout the United States.
   The combined company will eventually operate as AAMCO Transmissions with

7