April 21, 2014

To: The Honorable Judge Brody

From: Robert and Linda Romano

Case: No. 13-5747

---

In absence of Settlement demand on behalf of Plaintiff, as requested in your order of April 14th, 2014, number 4, we hereby submit our attached Settlement Offer, for Plaintiff's consideration.

Thank you.

Mr. and Mrs. Robert Romano

<u>Bob and Linda Romano submit the attached proposal of settlement.</u>

From  March 2007 until February 2013, the present conversion center in Pembroke Pines, FL, adversely impacted the operation of the Hollywood, FL AAMCO center. The preferential treatment shown to the Cottman conversion and the intentional interference with our AAMCO contract, resulted in an annual loss of profit of $156,000. The total loss of profits is $780,000.

In addition, the loss of good will and decrease in gross sales caused a devaluation of the Hollywood Center. This reduced the value of the center at the time of the sale. This loss of $250,000 is directly attributed to the actions of the plaintiffs.

In an effort to begin, once again in business, a Transmission/Automotive Repair Shop was opened in Stuart, FL .The Romano's have incurred significant expenses and invested in the development of the center.  Since AAMCO has indicated its intent to protect Mr. Santagata from all forms of competition, we offer to sell the current location to AAMCO or its designee for the amount of $250,000.

The total of all items above being $1,280,000. In return, The Romanos' will transfer all interest in the Stuart, Florida location, to AAMCO and cease to operate a repair center within 5 miles of the Stuart AAMCO center.

_____
Robert Romano

_____
Linda Romano