IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AAMCO TRANSMISSIONS, INC

    Plaintiff,

    v.                                              No. 13-cv-5747

ROBERT V. ROMANO

    and

LINDA ROMANO

    Defendants.

## DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a), the defendants Robert and Linda Romano, hereby submit their Initial Disclosures:

1. Documents in defense of claims:

    A.    Termination Agreement between ATI and Robert Romano

           No other contractual Agreements pertain.

    B.    MITCHELL ONE Software Agreement between, Treasure Coast Transmissions and MITCHELL ONE, to confirm the use of *MITCHELL Manager Teamworks SE*, at Treasure Coast Transmissions, and that, AAMCO's *Focus* Software Program is not used, or located at Treasure Coast Transmissions.

C.  Sales Report for Treasure Coast Transmissions from day of opening to present.

D.  <u>Computation of Damages</u>

The only money damages sought by the Defendants at this time, would be any costs incurred, in addition, should the defendants retain counsel, then also, Attorneys' fees.

Respectfully submitted,

/s/Robert V. Romano , *pro se*
2801 SE Monroe Street
Stuart, FL  34997
(772)200-2995

/s/Linda Romano, *pro se*
2801 SE Monroe Street
Stuart, FL 34997
(772)200-2995

**Certificate of Service**

I hereby certify that the foregoing was served on the plaintiff by email on May 8th, 2014.
jrubinger@plavekoch.com
wjameson@americandriveline.com

/s/ Linda Romano
Linda Romano