## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-5747 |
| v. | : | |
| | : | |
| ROBERT V. ROMANO and LINDA ROMANO, | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this ___21st____ day of August, 2014, it is **ORDERED** that the Romanos' Motion to Dismiss for Improper Venue [ECF No. 7] and Motion to Dismiss [ECF No. 8] are **DENIED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:      Copies **MAILED** on _____ to: