IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | NO.   13-5747 |
| | : | |
| ROBERT V. ROMANO and | : | |
| LINDA ROMANO | : | |
| | : | |
| Defendants | : | |

## NOTICE

To:     Counsel of Record

TAKE NOTICE that a status **Telephone Conference re: settlement matters** is scheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Tuesday, October 28, 2014 at 4:30 p.m.**   Counsel for plaintiff is directed to initiate this call and once all parties are on the line, to join Chambers in the teleconference (Chambers ph:   267-299-7790).

      /s/ Lori K. DiSanti
Lori K. DiSanti
Deputy Clerk
267-299-7790 - phone

Date:   10/15/14