IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., | : |
| Plaintiff, | : Case No. 2:13-cv-05747 |
| v. | : |
| ROBERT V. ROMANO and LINDA ROMANO, | : |
| Defendants. | : |

## STIPULATION

Pursuant to Local Rule 7.4, the parties, by their respective undersigned counsel, hereby stipulate and agree that the time within which Defendants may answer, plead or otherwise move in response to Plaintiff's Complaint in the above-captioned matter shall be extended until November 18, 2014 while the parties continue to explore settlement.

/s/ James C. Rubinger
James C. Rubinger, Esquire
**PLAVE KOCH PLC**
12005 Sunrise Valley Drive, Suite 230
Reston, VA 20191
703.774.1208

*Attorneys for Plaintiff*

Dated: October 23, 2014

/s/ Matthew J. Hank
Matthew J. Hank, Esquire
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
267.402.3000

*Attorneys for Defendants*

Dated: October 23, 2014

SO ORDERED,

BY THE COURT:

Dated: October 27, 2014

_____
Anita B. Brody, J.

Copies via ECF on _____