IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., | : |
| Plaintiff, | : Case No. 2:13-cv-05747 |
| v. | : |
| ROBERT V. ROMANO and LINDA ROMANO, | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendants, Robert V. Romano and Linda Romano, in the above-captioned matter.

/s/ Ryan D. Freeman
Ryan D. Freeman (PA #319094)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
267.402.3054 – telephone
267.402.3151 – facsimile
rfreeman@littler.com

Dated: November 7, 2014               *Attorneys for Defendants*

FILED
NOV -7 2014

## CERTIFICATE OF SERVICE

I, Ryan D. Freeman, Esq., hereby certify that on this 7th day of November, 2014, the foregoing document was filed with the Court and copies were served by first class mail upon:

William B. Jameson, Esq.
AAMCO Transmissions, Inc.
201 Gibraltar Road
Horsham, PA 19044

James C. Rubinger, Esq.
Plave Koche PLC
12005 Sunrise Valley Drive
Suite 200
Reston, VA 20191

Ryan D. Freeman

FILED
NOV -7 2014