IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT V. ROMANO and LINDA ROMANO, <br><br> Defendants. | Case No. 2:13-cv-05747 |

## STIPULATION

Pursuant to Local Rule 7.4, the parties, by their respective undersigned counsel, hereby stipulate and agree that the time within which Defendants may answer, plead or otherwise move in response to Plaintiff's Complaint in the above-captioned matter shall be extended until December 4, 2014 while the parties continue to explore settlement.

*s/James C. Rubinger*
James C. Rubinger, Esquire
**PLAVE KOCH PLC**
12005 Sunrise Valley Dr., Ste. 230
Reston, VA  20191
703.774.1208 – telephone
*Attorney for Plaintiffs*

*s/Matthew J. Hank*
Matthew J. Hank, Esquire
Ryan D. Freeman, Esquire
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry St., Ste. 1400
Philadelphia, PA  19102.1321
267.402.3054 – telephone
267.402.3151 – facsimile
*Attorneys for Defendants*

Dated:  November 13, 2014

Dated:  November 13, 2014


SO ORDERED,

BY THE COURT:

Dated: 11/17/14

*[Signature: Anita B. Brody]*

Copies via ECF on ___