## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-5747 |
| v. | : | |
| | : | |
| ROBERT V. ROMANO and LINDA ROMANO, | : | |
|     Defendants. | : | |

### ORDER

**AND NOW,** this __1st___ day of March, 2016, it is **ORDERED** that Plaintiff's request for a permanent injunction is **DENIED**. It is further **ORDERED** that Defendants' counter-claim for a declaratory judgment is **DENIED**.

                                                                                 s/Anita B. Brody

                                                        _____
                                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: